

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| GILBERTO CRUZ AND CARINA CRUZ, § § § <br> Plaintiffs, § § <br> v. § <br> § <br> ALLSTATE VEHICLE AND PROPERTY § INSURANCE COMPANY AND ROBERT § WHITE, § § <br> Defendants. § | CIVIL ACTION NO.: 4:17-CV-00491-A |

## DEFENDANT ROBERT WHITE'S MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION PURSUANT TO RULES 12(b)(6) AND 9(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendant Robert White moves the Court pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure to dismiss Plaintiffs' Amended Complaint (Dkt. No. 16) for failure to state a cause of action. In support thereof, Defendant incorporates and submits the accompanying Memorandum of Law.

Respectfully Submitted,

_____
W. NEIL RAMBIN
ATTORNEY-IN-CHARGE
State Bar No. 16492800
rambindocket@dbr.com

OF COUNSEL:
SUSAN E. EGELAND
State Bar No. 24040854
susan.egeland@dbr.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@dbr.com

DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500
(469) 327-0860 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was served on opposing counsel as listed below Via ECF electronic notification on August 7, 2017:

Gregory Cox
Mostyn Law
6280 Delaware Street
Beaumont, Texas 77706

_____
SUSAN E. EGELAND

DEFENDANT ROBERT WHITE'S MOTION TO DISMISS
FOR FAILURE TO STATE A CAUSE OF ACTION PURSUANT TO RULES 12(b)(6) AND 9(b)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

Page 2